# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JAMES ROSS

NO. 2021 KW 1602

MARCH 28, 2022

---

In Re:   James Ross, applying for supervisory writs, 18th Judicial District Court, Parish of Iberville, Nos. 2047-96, 1316-02.

---

BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.

**WRIT DENIED. Ramos v. Louisiana,** ___ U.S. ___, 140 S.Ct. 1390, 206 L.Ed.2d 583 (2020) does not apply retroactively to relator whose conviction and sentence was final at the time the decision was rendered. See also **State v. Kelly,** 2021-00572 (La. 9/27/21), 324 So.3d 79 (per curiam). Accordingly, the district court did not err by dismissing the application for postconviction relief.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT